# Exhibit A

## Exhibit A
## List of CWC Information Obtained by the Littler IP Address

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 1 | Connect Platform | N/A | 3/18/2020 |
| 2 | OFCCP Grants Temporary Waiver of Written AAP Requirement for California Wildfire Relief Contracts | 18-246 | 3/18/2020 |
| 3 | EEAC's "AAP Tune-Up" Series:  EEAC's Guide to Reviewing Your EEO-1 Categories | 16-163 | 3/10/2020 |
| 4 | "OFCCP Compliance Primer" Series:  The "Job Group Analysis" | 16-105 | 3/10/2020 |
| 5 | EEO-1 Update: EEOC Gets Court Permission To Close "Component 2" Filing Deadline for 2017-2018 Data, Effective February 14;  2019 Reporting Requirements for "Component 1" Data Remain On Hold Until EEOC Takes Further Action | 20-034 | 3/10/2020 |
| 6 | Factors To Consider When Thinking About Supplementing Applicant Pools With More Diverse Candidates | 12-074 | 3/6/2020 |
| 7 | Practicing Affirmative Action Within the Law — An Employer's Guide To Navigating the Continuously Evolving Legal Environment | 08-095 | 3/6/2020 |
| 8 | Affirmative Action Post- Ricci :  The Impact of the Supreme Court's Reverse Discrimination Ruling in  Ricci v. DeStefano | 09-228 | 3/6/2020 |
| 9 | Winning or Losing a Discrimination Lawsuit Hinges on Whether Parties Meet Their Burden of Proof; EEAC's New Matrix Maps Out the Basics | 05-278 | 3/2/2020 |
| 10 | EEAC's Guide To Preparing an Effective Response to OFCCP Allegations of Systemic Discrimination | 08-075 | 3/2/2020 |
| 11 | Increasing Enforcement Emphasis by OFCCP on Systemic Discrimination Highlights Value of "Mantel-Haenszel" and "Breslow-Day" Tests in Evaluating Selection Patterns | 08-182 | 3/2/2020 |
| 12 | CWC Urges OFCCP To Revise Proposed Procedures for Resolving Alleged "Material" Violations To Make Them Consistent With Title VII Principles | 20-033 | 3/2/2020 |
| 13 | Ruling by Administrative Law Judge in  OFCCP v. Analogic Corp.  Hands Victory to Federal Contractor, Finds Agency Failed To Prove Systemic Compensation Discrimination | 19-074 | 2/28/2020 |
| 14 | MEMBER FEEDBACK REQUESTED: OFCCP Issues Proposed Rule To Revise and Codify Its Procedures for Resolving Alleged "Material" Violations Found During a Compliance Audit | 20-001 | 2/28/2020 |
| 15 | EEAC's Template for Complying With OFCCP's New Section 503/4212 Vendor and Subcontractor Notification Requirement | 14-055 | 2/27/2020 |
| 16 | EEAC's Wide Array of "503/4212" Resource Materials and Compliance Templates | 15-053 | 2/27/2020 |
| 17 | EEAC's Updated Resource Materials and Templates for Complying With OFCCP's Revised "503/4212" Regulations | 15-260 | 2/27/2020 |
| 18 | MEMBER FEEDBACK REQUESTED: CWC's Digest of State Affirmative Action Requirements | 19-226 | 2/27/2020 |
| 19 | MEMBER FEEDBACK REQUESTED: CWC's Digest of State Affirmative Action Requirements | 19-226 | 2/27/2020 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 20 | MEMBER FEEDBACK REQUESTED: CWC's Digest of Local Affirmative Action Requirements | 19-239 | 2/27/2020 |
| 21 | Factors To Consider When Thinking About Supplementing Applicant Pools With More Diverse Candidates | 12-074 | 2/26/2020 |
| 22 | OFCCP Personnel Update: Director Craig Leen Tapped for New Job by President Trump, Will Continue To Serve Until Senate Confirmation; Appointment of New Career Deputy Director Is Among Other Key Staff Changes | 20-039 | 2/26/2020 |
| 23 | OFCCP Personnel Update: Director Craig Leen Tapped for New Job by President Trump, Will Continue To Serve Until Senate Confirmation; Appointment of New Career Deputy Director Is Among Other Key Staff Changes | 20-039 | 2/26/2020 |
| 24 | CWC Members-Only Data Services - IPEDS 5:02 PM to 5:26 UTC | N/A | 2/25/2020 |
| 25 | EEAC's Updated Guide To Setting — or Resetting — Your Annual AAP Cycle | 14-006 | 2/21/2020 |
| 26 | President Obama Issues Executive Order To Increase Minimum Wage for Employees of Federal Contractors and Subcontractors | 14-048 | 2/21/2020 |
| 27 | Labor Department Issues Final Rule Raising Minimum Wage on Certain Federal Contracts | 14-205 | 2/21/2020 |
| 28 | Federal Contractor Minimum Wage Will Increase From $10.60 to $10.80 an Hour on January 1, 2020 | 19-195 | 2/21/2020 |
| 29 | CWC's Quick Reference Guide To Setting – or Resetting – Your Annual AAP Cycle | 20-017 | 2/21/2020 |
| 30 | MEMBER FEEDBACK REQUESTED: White House Office of Management and Budget Asking for Public Input on Reform of Federal Agency Adjudicatory Process | 20-037 | 2/21/2020 |
| 31 | OFCCP Personnel Update: Director Craig Leen Tapped for New Job by President Trump, Will Continue To Serve Until Senate Confirmation; Appointment of New Career Deputy Director Is Among Other Key Staff Changes | 20-039 | 2/21/2020 |
| 32 | OFCCP Continues To Give Contractors Option of Submitting Either "Incoming" or "Outgoing" AAP When Scheduling Letter Is Received Within 30 Days of Annual Update | 14-007 | 2/20/2020 |
| 33 | OFCCP Continues To Give Contractors Option of Submitting Either "Incoming" or "Outgoing" AAP When Scheduling Letter Is Received Within 30 Days of Annual Update | 14-007 | 2/20/2020 |
| 34 | EEAC's New "OFCCP Desk Audit Submission Checklist" | 15-058 | 2/20/2020 |
| 35 | OMB Approves OFCCP's Revised Scheduling Letter and Itemized Listing, Effective for Three Years | 16-131 | 2/20/2020 |
| 36 | EEAC's Guide To Handling an OFCCP Notice To Audit a Closed Facility | 16-243 | 2/20/2020 |
| 37 | OFCCP Confirms That It Will No Longer Mail Out "Advance Notice" Letters; Forthcoming Audit List Will Be Published Online | 19-035 | 2/20/2020 |
| 38 | MEMBER FEEDBACK REQUESTED:  What To Expect During an OFCCP "Compliance Check" | 19-070 | 2/20/2020 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 39 | MEMBER FEEDBACK REQUESTED:  OFCCP Seeking Approval To Make Major Changes to Its Compliance Evaluation Scheduling Letters | 19-080 | 2/20/2020 |
| 40 | CWC Submits Written Comments to the EEOC Supporting Agency's Announced Intent To Seek Three-Year Extension of EEO-1 Component 1 Data Reporting Without Component 2 Pay Data Collection Provision | 19-238 | 2/19/2020 |
| 41 | EEO-1 Update: EEOC Gets Court Permission To Close "Component 2" Filing Deadline for 2017-2018 Data, Effective February 14;  2019 Reporting Requirements for "Component 1" Data Remain On Hold Until EEOC Takes Further Action | 20-034 | 2/19/2020 |
| 42 | 2016 Federal Posting Requirements.docx | N/A | 2/19/2020 |
| 43 | Disability and Veteran AAP Implementation Guide.doc | N/A | 2/19/2020 |
| 44 | Summary of Federal Recordkeeping Obligations.doc | N/A | 2/19/2020 |
| 45 | VETS-4212_Requirements.htm | N/A | 2/19/2020 |
| 46 | 2016 Federal Posting Requirements.docx | N/A | 2/19/2020 |
| 47 | Disability and Veteran AAP Implementation Guide.doc | N/A | 2/19/2020 |
| 48 | Good Faith Outreach Letter.doc | N/A | 2/19/2020 |
| 49 | EEAC's New "503/4212 Implementation Guide" | 13-219 | 2/13/2020 |
| 50 | EEAC's Guide to Complying With the New 503/4212 Requirement to Document Annual Assessment of Outreach Efforts | 14-050 | 2/13/2020 |
| 51 | EEAC's Guide to Preparing "Action-Oriented Programs" To Meet OFCCP's AAP Requirements | 15-183 | 2/13/2020 |
| 52 | EEAC's Updated Resource Materials and Templates for Complying With OFCCP's Revised "503/4212" Regulations | 15-260 | 2/13/2020 |
| 53 | EEAC's "OFCCP Compliance Primer" Series:  Using Data Metrics for Evaluating Your Disability and Veterans AAP Obligations | 16-205 | 2/13/2020 |
| 54 | EEAC's "AAP Tune-Up" Series:  Reviewing Your Good Faith Efforts | 16-251 | 2/13/2020 |
| 55 | Best Practices for Centrally Managing and Tracking "Good Faith Efforts" To Meet OFCCP Requirements | 17-262 | 2/13/2020 |
| 56 | MEMBER FEEDBACK REQUESTED: "CWC Reference" Tool Has Been Expanded To Add AAP Requirements for Individuals with Disabilities and Protected Veterans | 18-136 | 2/13/2020 |
| 57 | CWC_41_CFR_60-300.htm | N/A | 2/13/2020 |
| 58 | Physical and Mental Qualifications Review Checklist.doc | N/A | 2/12/2020 |
| 59 | Federal Contractor Minimum Wage Notice and Posting Requirements.docx | N/A | 2/12/2020 |
| 60 | OFCCP Compliance Primer series_Disability and Veterans AAP Obligations | N/A | 2/12/2020 |
| 61 | 503-4212_AAP_Requirements.htm | N/A | 2/12/2020 |

## Exhibit A
## List of CWC Information Obtained by the Littler IP Address

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 62 | 20-028 | 20-027 | 2/7/2020 |
| 63 | MEMBER FEEDBACK REQUESTED: OFCCP Submits Revised "Voluntary Self-ID of Disability Form" (Form CC-305) With Minor Improvements to OMB for Approval; Advises Employers To Use Technically Expired Form For Now | 20-029 | 2/7/2020 |
| 64 | MEMBER FEEDBACK REQUESTED: OFCCP Submits Revised "Voluntary Self-ID of Disability Form" (Form CC-305) With Minor Improvements to OMB for Approval; Advises Employers To Use Technically Expired Form For Now | 20-029 | 2/7/2020 |
| 65 | Distinguishing "Basic" Versus "Minimum" Qualifications for Purposes of Complying With OFCCP's Internet Applicant Regulation | 08-190 | 1/30/2020 |
| 66 | "Pre-Screening" Online Job Seekers Can Help To Reduce Recordkeeping Obligations Under OFCCP's Internet Applicant Rule | 09-015 | 1/30/2020 |
| 67 | A Recommended Process for Auditing Your Company's Compliance With OFCCP's Internet Applicant Rule | 10-162 | 1/30/2020 |
| 68 | Timing of a Job Seeker's Withdrawal From Consideration Is Relevant for Purposes of Complying With OFCCP's Internet Applicant Rule | 11-195 | 1/30/2020 |
| 69 | Atypical Selection Practices and Compliance With OFCCP's Recordkeeping Requirements | 12-196 | 1/30/2020 |
| 70 | EEAC's Updated Guide to Responding to OFCCP Requests for Information (RFIs) | 15-083 | 1/30/2020 |
| 71 | EEAC's Guide to Maintaining OFCCP-Compliant Records Where Contractor Engages in "Passive" Recruiting Practices | 15-164 | 1/30/2020 |
| 72 | CWC's Quick Reference Guide To Setting – or Resetting – Your Annual AAP Cycle | 20-017 | 1/30/2020 |
| 73 | New Edition!  "EEO Essentials for Recruiters"  Manual — Guidance Provided on OFCCP's New Internet Applicant Regulation | N06-42 | 1/30/2020 |
| 74 | EEAC's Updated Guide to OFCCP-Enforced Contract Clause Requirements | 15-235 | 1/24/2020 |
| 75 | EEAC's Guide to OFCCP Notice Posting Requirements | 16-109 | 1/24/2020 |
| 76 | MEMBER FEEDBACK REQUESTED:  The Compliance Implications of Job Descriptions, Part V: Auditing Your Job Descriptions | 17-253 | 1/21/2020 |
| 77 | CWC Files Comments With OFCCP Asking Agency To Allow Contractors More Flexibility in Complying With Disability Self-Identification Requirements | 19-257 | 1/20/2020 |
| 78 | MEMBER FEEDBACK REQUESTED: CWC Asks OFCCP To Allow an Additional 30 Days for Comments on Its Proposed Rule To Revise the Procedures for Resolving Alleged "Material" Violations | 20-014 | 1/20/2020 |
| 79 | Compliance Alert: OFCCP's Revised Section 503 Regulations Will Mandate Disability Resurvey of All Current Employees During a Contractor's Next AAP Cycle | 19-048 | 1/17/2020 |

## Exhibit A
### List of CWC Information Obtained by the Littler IP Address

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 80 | Disability Self-ID Communications.doc | N/A | 1/17/2020 |
| 81 | OMB Extends OFCCP's Disability Self-ID Form for Three More Years Without Change; Forms Must Display New Expiration Date Going Forward | 17-023 | 1/16/2020 |
| 82 | MEMBER FEEDBACK REQUESTED: OFCCP Is Proposing Minor Changes to Its Disability Self-ID Form CC-305, Seeking Comments on Possible Further Improvements | 19-207 | 1/16/2020 |
| 83 | CWC Files Comments With OFCCP Asking Agency To Allow Contractors More Flexibility in Complying With Disability Self-Identification Requirements | 19-257 | 1/16/2020 |
| 84 | EEAC's Updated Model "Equal Opportunity and Affirmative Action Program Policy Statement" Templates | 15-249 | 1/13/2020 |
| 85 | Atypical Selection Practices and Compliance With OFCCP's Mandatory Job Listing Rule | 12-148 | 1/13/2020 |
| 86 | OFCCP Makes Technical Change to Its Prescribed "Pay Transparency" Language | 17-034 | 1/13/2020 |
| 87 | CWC's Guide to Wisconsin State Contractor Affirmative Action Requirements | 17-204 | 1/9/2020 |
| 88 | New Settlements Shed More Light on OFCCP's Enforcement Approach to Employment Testing, Minority Subgroup Statistical Analyses | 12-171 | 1/6/2020 |
| 89 | EEAC's Updated "Internet Applicant" Checklist | 16-063 | 1/6/2020 |
| 90 | OMB Extends OFCCP's Disability Self-ID Form for Three More Years Without Change; Forms Must Display New Expiration Date Going Forward | 17-023 | 1/6/2020 |
| 91 | OFCCP Settlement Update: Latest Cases Show Continuing Focus on Compensation and Steering Claims | 17-237 | 1/6/2020 |
| 92 | CWC's Guide to OFCCP Compliance Obligations With Regard to "Temp-to-Perm" Conversions | 18-125 | 1/6/2020 |
| 93 | CWC Files Comments With OFCCP Asking Agency To Allow Contractors More Flexibility in Complying With Disability Self-Identification Requirements | 19-257 | 1/6/2020 |
| 94 | MEMBER FEEDBACK REQUESTED: OFCCP Issues Proposed Rule To Revise and Codify Its Procedures for Resolving Alleged "Material" Violations Found During a Compliance Audit | 20-001 | 1/3/2020 |
| 95 | "Must-Pass" FY 2020 Defense Bill Signed by President Trump Contains Federal Contractor "Ban-the-Box" Mandate, 12 Weeks of Paid Parental Leave for Federal Employees | 20-002 | 1/3/2020 |
| 96 | Federal Trial Court Rules OFCCP Must Turn Over EEO-1 Reports in Response to Freedom of Information Act Request, Concludes Key FOIA Exemption Does Not Apply | 20-003 | 1/3/2020 |
| 97 | Congress, Trump Administration Reach Agreement on Deal To Fund Government Through September 30, 2020; OFCCP, EEOC, Wage and Hour All Get Spending Increases | 20-004 | 1/3/2020 |
| 98 | EEAC's Guide to Preparing "Action-Oriented Programs" To Meet OFCCP's AAP Requirements | 15-183 | 1/2/2020 |
| 99 | CWC's Guide to OFCCP Compliance Obligations With Regard to "Temp-to-Perm" Conversions | 18-125 | 12/27/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 100 | Close to Half the States Now Have Some Form of Voluntary Private Sector "Veterans' Preference" Laws | 15-090 | 12/18/2019 |
| 101 | CWC's State and Local Employment Law Round-Up, 2019 Mid-Year Edition | 19-159 | 12/18/2019 |
| 102 | EEAC Comments on &#8220;60-2&#8221; Proposal Urge OFCCP To Allow Consolidated and Functional AAPs Rather Than Limiting AAPs to EEO-1 Establishments | 00-118 | 12/5/2019 |
| 103 | OFCCP Posts New FAQs on Employer-Employee Relationship To Provide Guidance to Contractors on Who Must Be Included in an AAP | 14-166 | 12/5/2019 |
| 104 | OFCCP Posts New FAQs on Employer-Employee Relationship To Provide Guidance to Contractors on Who Must Be Included in an AAP | 14-166 | 12/5/2019 |
| 105 | "OFCCP Compliance Primer" Series:  The "Job Group Analysis" | 16-105 | 12/5/2019 |
| 106 | OFCCP Publishes New "Back to School" Resources, Including FAQs Offering Guidance on "Campus AAPs" | 19-193 | 12/5/2019 |
| 107 | Workforce Demographic Benchmarks (EEO-1) 12:13 to 12:24 UTC | N/A | 12/3/2019 |
| 108 | New OFCCP Opinion Letter Says Federal Contractors Can Submit Pay Analysis Groupings for Review and Agency Feedback | 19-152 | 11/27/2019 |
| 109 | EEAC's Updated Primer on the Basic Scope of OFCCP Jurisdiction | 14-113 | 11/26/2019 |
| 110 | EEAC's Guide to Maintaining OFCCP-Compliant Records Where Contractor Engages in "Passive" Recruiting Practices | 15-164 | 11/26/2019 |
| 111 | EEAC's New "OFCCP Compliance Guide" for Recruiters | 16-053 | 11/26/2019 |
| 112 | EEAC's "AAP Tune-Up" Series:  Ensuring Your "Applicant Dispositions" Work for You | 16-225 | 11/26/2019 |
| 113 | EEAC's "AAP Tune-Up" Series:  Reviewing Your Good Faith Efforts | 16-251 | 11/26/2019 |
| 114 | Best Practices for Centrally Managing and Tracking "Good Faith Efforts" To Meet OFCCP Requirements | 17-262 | 11/26/2019 |
| 115 | MEMBER FEEDBACK REQUESTED:  CWC's Guide to the Compliance Implications of Campus Recruiting | 18-048 | 11/26/2019 |
| 116 | In Newly Released Frequently Asked Questions, OFCCP Reaffirms That VEVRAA Prohibits Employment Discrimination Against Military Spouses | 19-105 | 11/26/2019 |
| 117 | OFCCP Publishes Compliance Assistance Materials Promised Earlier This Year | 19-161 | 11/26/2019 |
| 118 | Union Notification Template.doc | N/A | 11/26/2019 |
| 119 | Vendor Notification Template.doc | N/A | 11/26/2019 |
| 120 | EO AAP Policy Statement for Vets and Ind with Disabilities Template.doc | N/A | 11/26/2019 |
| 121 | CWC's Guide To Maintaining an OFCCP-Compliant Online "Careers Site" | 18-162 | 11/22/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 122 | OFCCP's Increasing Use of Early Resolution Procedures (ERPs) To Settle Enforcement Actions Highlights Program's Pros and Cons | 19-241 | 11/22/2019 |
| 123 | MEMBER FEEDBACK REQUESTED: New OFCCP Directive Instructs Compliance Officers To Ask Questions To Determine Whether a Contractor Is Discriminating Against Spouses of Protected Veterans | 19-243 | 11/22/2019 |
| 124 | The Compliance Implications of OFCCP's Internet Applicant Rule When Job Seekers Are "Added" or "Referred" to a Job Requisitio | 09-107 | 11/20/2019 |
| 125 | What Are the OFCCP Compliance Implications of Making "Atypical" Selection Decisions? | 12-118 | 11/20/2019 |
| 126 | Atypical Selection Practices and Compliance With OFCCP's Recordkeeping Requirements | 12-196 | 11/20/2019 |
| 127 | Understanding the Rules Pertaining to Mandated Invitations to "Self-Identify" | 15-258 | 11/20/2019 |
| 128 | EEAC's New "OFCCP Compliance Guide" for Recruiters | 16-053 | 11/20/2019 |
| 129 | The Compliance Implications of Job Descriptions, Part I | 17-063 | 11/20/2019 |
| 130 | EEAC's Guide to OFCCP Recordkeeping Implications When Changing ATS or HRMS Platforms | 17-131 | 11/20/2019 |
| 131 | MEMBER FEEDBACK REQUESTED:  The Compliance Implications of Job Descriptions, Part V: Auditing Your Job Descriptions | 17-253 | 11/20/2019 |
| 132 | MEMBER FEEDBACK REQUESTED:  The Compliance Implications of Job Descriptions, Part V: Auditing Your Job Descriptions | 17-253 | 11/20/2019 |
| 133 | Conducting Internal Résumé Database Searches Compliant With OFCCP Recordkeeping Requirements | 12-052 | 11/19/2019 |
| 134 | EEAC's Guide to Maintaining OFCCP-Compliant Records Where Contractor Engages in "Passive" Recruiting Practices | 15-164 | 11/19/2019 |
| 135 | EEAC's "AAP Tune-Up" Series:  Ensuring Your "Applicant Dispositions" Work for You | 16-225 | 11/19/2019 |
| 136 | "The Compliance Implications of Job Descriptions," Part II:  15 Things Every Employer Should Consider When Drafting, Implementing, and Auditing Job Qualifications | 17-090 | 11/19/2019 |
| 137 | CWC's Guide to OFCCP Compliance Obligations With Regard to "Temp-to-Perm" Conversions | 18-125 | 11/19/2019 |
| 138 | CWC's Guide To Maintaining an OFCCP-Compliant Online "Careers Site" | 18-162 | 11/19/2019 |
| 139 | Understanding the Compliance Risks of "1-to-1" Applicant to Hire Ratios | 15-089 | 11/18/2019 |
| 140 | Increasing Use of Artificial Intelligence in Employee Selection Practices Serves as Backdrop for New OFCCP FAQs Reminding Contractors of Their Obligations Under the "Uniform Guidelines" | 19-187 | 11/18/2019 |
| 141 | CWC's Pointers for Protecting EEO-1 Data From Release Under the Freedom of Information Act | 19-197 | 11/18/2019 |
| 142 | MEMBER FEEDBACK REQUESTED: OFCCP Is Proposing Minor Changes to Its Disability Self-ID Form CC-305, Seeking Comments on Possible Further Improvements | 19-207 | 11/18/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 143 | President Trump Signs Three New Executive Orders To Further Implement Administration's Regulatory Reform Agenda, With Focus on So-Called Guidance Documents | 19-218 | 11/18/2019 |
| 144 | OFCCP Litigation and Settlement Update: Latest Developments Feature Large Financial Settlements, Increase in Early Resolution Procedures (ERP) Settlements | 19-219 | 11/18/2019 |
| 145 | MEMBER FEEDBACK REQUESTED: CWC's Digest of State Affirmative Action Requirements | 19-226 | 11/18/2019 |
| 146 | EEO-1 "Component 2" Update: Court Denies EEOC's Claim That Data Collection Is Complete, Orders Agency To Keep Filing Portal Open | 19-228 | 11/18/2019 |
| 147 | President Trump Revokes Union-Endorsed Obama-Era Executive Order Requiring "Successor" Service Contractors To Retain Predecessor's Employees | 19-231 | 11/18/2019 |
| 148 | MEMBER FEEDBACK REQUESTED: OFCCP, Reversing Course, Proposes Rule To Give Up Any Claim of Jurisdiction Over TRICARE Providers | 19-233 | 11/18/2019 |
| 149 | OFCCP Posts Supplemental Corporate Scheduling Announcement List Flagging 500 Contractor Establishments for VEVRAA Focused Reviews | 19-237 | 11/18/2019 |
| 150 | CWC Submits Written Comments to the EEOC Supporting Agency's Announced Intent To Seek Three-Year Extension of EEO-1 Component 1 Data Reporting Without Component 2 Pay Data Collection Provision | 19-238 | 11/18/2019 |
| 151 | EEAC's New "OFCCP Compliance Primer" Series: The "Workforce Analysis" | 16-073 | 11/6/2019 |
| 152 | EEAC's Analysis of OFCCP's Final Revised "60-2"; Affirmative Action Program Regulations | 00-210 | 11/5/2019 |
| 153 | OFCCP Releases First Substantive Update to Its Federal Contract Compliance Manual (FCCM) in Fifteen Years | 13-169 | 11/5/2019 |
| 154 | OFCCP's Revised Compliance Manual Provides Guidance on How Agency Resolves Findings of Noncompliance | 15-139 | 11/5/2019 |
| 155 | EEAC's New "OFCCP Compliance Primer" Series: The "Workforce Analysis" | 16-073 | 11/5/2019 |
| 156 | Federal Government Issues Final FAR Rule Requiring E-Verify Participation by Covered Federal Contractors | 08-243 | 11/3/2019 |
| 157 | USCIS Issues Guidance on Its E-Verify Auditing and Compliance Assistance Procedures, Updates Federal Contractor E-Verify User Manual | 13-011 | 11/3/2019 |
| 158 | USCIS Rolls Out Enhancements to E-Verify Program, Unveils Redesigned Website | 18-088 | 11/3/2019 |
| 159 | Partial Government Shutdown Enters Third Week; EEOC, Immigration Enforcement Agencies Among Those Affected, and E-Verify Has Been Suspended | 19-005 | 11/3/2019 |
| 160 | Atypical Selection Practices and OFCCP's Good Faith Efforts Requirements | 12-167 | 10/29/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 161 | Establishing OFCCP-Compliant Recordkeeping Practices for Handling Unsolicited Résumés and Other Uninvited Expressions of Interest | 13-059 | 10/29/2019 |
| 162 | EEAC's New "OFCCP Compliance Guide" for Recruiters | 16-053 | 10/29/2019 |
| 163 | EEAC's Updated "Internet Applicant" Checklist | 16-063 | 10/29/2019 |
| 164 | Retaining Interview Notes, Drafts, and other Informal Employment Records | 16-097 | 10/29/2019 |
| 165 | OFCCP Publishes New "Back to School" Resources, Including FAQs Offering Guidance on "Campus AAPs" | 19-193 | 10/29/2019 |
| 166 | President Trump Signs Three New Executive Orders To Further Implement Administration's Regulatory Reform Agenda, With Focus on So-Called Guidance Documents | 19-218 | 10/23/2019 |
| 167 | Federal Contractor Minimum Wage Notice and Posting Requirements.docx | N/A | 10/23/2019 |
| 168 | MEMBER FEEDBACK REQUESTED: OFCCP Is Proposing Minor Changes to Its Disability Self-ID Form CC-305, Seeking Comments on Possible Further Improvements | 19-207 | 10/18/2019 |
| 169 | OFCCP Launches Expansion of Its "Mega Construction Project Program" | 16-200 | 10/15/2019 |
| 170 | OFCCP Extends Written AAP Waivers to Hurricane Maria Relief Contracts; Audit Moratorium for Impacted Establishments Also Extended | 17-206 | 10/15/2019 |
| 171 | CWC's Primer on Federal Contractor Obligations Under the McNamara-O'Hara Service Contract Act | 17-264 | 10/15/2019 |
| 172 | OFCCP Proposing New "Notification of Construction Contract Award Portal" in Conjunction with Routine Request To Extend Construction Contractor Paperwork Requirements | 18-072 | 10/15/2019 |
| 173 | CWC's Comments to OFCCP on Proposed "Compliance Check" Scheduling Letter for Federal Construction Contractors Urge Revisions To Reduce the Burden Imposed | 19-124 | 10/15/2019 |
| 174 | OFCCP Publishes Compliance Assistance Materials Promised Earlier This Year | 19-161 | 10/15/2019 |
| 175 | EEAC's Side-by-Side Analysis of OFCCP's Final Section 503 Disability Regulations | 13-183 | 9/27/2019 |
| 176 | EEAC's New "503/4212 Implementation Guide" | 13-219 | 9/27/2019 |
| 177 | Fifth and Final Installment of CWC's "Annotated Code of OFCCP's Regulations" — 41 CFR § 60-741, "Affirmative Action And Nondiscrimination Obligations Of Federal Contractors And Subcontractors Regarding Individuals With Disabilities" — Is Now Available on CWC's Website | 17-152 | 9/27/2019 |
| 178 | Best Practices for Centrally Managing and Tracking "Good Faith Efforts" To Meet OFCCP Requirements | 17-262 | 9/27/2019 |
| 179 | CWC's Guide To Maintaining an OFCCP-Compliant Online "Careers Site" | 18-162 | 9/27/2019 |
| 180 | Compliance Alert: OFCCP's Revised Section 503 Regulations Will Mandate Disability Resurvey of All Current Employees During a Contractor's Next AAP Cycle | 19-048 | 9/27/2019 |
| 181 | CWC_41_CFR_60-741.htm | N/A | 9/27/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 182 | Developing and Implementing a Menu of Disposition Codes That Facilitates Compliance With OFCCP's Internet Applicant Rule | 10-053 | 9/26/2019 |
| 183 | EEAC's "AAP Tune-Up" Series:  Ensuring Your "Applicant Dispositions" Work for You | 16-225 | 9/26/2019 |
| 184 | EEAC's Updated Guide to OFCCP Corporate Management Compliance Evaluations (CMCEs) | 14-068 | 9/24/2019 |
| 185 | OFCCP Posts New Set of FAQs on Corporate Management Compliance Evaluation (CMCE) Process, Overhauling Previous Guidance | 14-144 | 9/24/2019 |
| 186 | Compliance Alert: OFCCP's Revised Section 503 Regulations Will Mandate Disability Resurvey of All Current Employees During a Contractor's Next AAP Cycle | 19-048 | 9/24/2019 |
| 187 | OFCCP Issues Promised Guidance on Section 503 Focused Reviews in Advance of Posting New Audit Scheduling List | 19-052 | 9/24/2019 |
| 188 | OFCCP Posts Its New Scheduling List Targeting 3,500 Contractor Entities for Compliance Evaluations; Audits To Begin Mid-May 2019 | 19-065 | 9/24/2019 |
| 189 | MEMBER FEEDBACK REQUESTED: CWC's Extensive Compliance-Related Resource Materials and Templates To Assist in Preparing for a Section 503 Focused Review | 19-090 | 9/24/2019 |
| 190 | OFCCP Publishes Compliance Assistance Materials Promised Earlier This Year | 19-161 | 9/24/2019 |
| 191 | EEOC Releases Much-Anticipated File Specifications for "Component 2" Data Upload Filing Option | 19-141 | 9/12/2019 |
| 192 | 2019 VETS-4212 Filing Season Now Underway; Filing Deadline With DOL-VETS Is September 30 | 19-163 | 9/12/2019 |
| 193 | MEMBER FEEDBACK REQUESTED: OFCCP Proposing Revisions to Its Regulations Governing E.O. 11246's Religious Exemption to Increase Scope of Exemption's Coverage; Changes Are Unlikely To Directly Impact CWC Members | 19-177 | 9/6/2019 |
| 194 | President Obama Revokes "Beck" Requirements and Orders Federal Contractors To Inform Employees of Their NLRA Rights | 09-028 | 9/4/2019 |
| 195 | President Obama Issues Executive Order To Increase Minimum Wage for Employees of Federal Contractors and Subcontractors | 14-048 | 9/4/2019 |
| 196 | DOL "All Agency" Memo Regarding Interaction of Benefits Under Service Contract Act Suggests Contractor Paid Sick Leave Rule Is Here To Stay for Now | 17-203 | 9/4/2019 |
| 197 | CWC's Primer on Federal Contractor Obligations Under the McNamara-O'Hara Service Contract Act | 17-264 | 9/4/2019 |
| 198 | Federal Contractor Minimum Wage To Increase From $10.35 to $10.60 an Hour on January 1, 2019 | 18-187 | 9/4/2019 |
| 199 | OMB Suspends Pay Data Provisions of Expanded EEO-1 Report, Effectively Reinstating Old Report for 2017 Reporting Cycle; Forms Must Be Submitted by March 31, 2018 | 17-182 | 9/3/2019 |

## Exhibit A
## List of CWC Information Obtained by the Littler IP Address

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 200 | EEOC Posts New Guidance Confirming That Employers Have More Than One Option Regarding EEO-1 Reporting of Employees Who Work at Client Sites | 18-043 | 9/3/2019 |
| 201 | EEOC Plans To Open 2018 EEO-1 Filing Season Next Week, Even as What Happens Next Is Up in Air After Federal Court Orders Reinstatement of Expanded Obama-Era Revisions | 19-054 | 9/3/2019 |
| 202 | 2018 EEO-1 Filing Season Now Underway for "Component 1" Data; No Decision Yet from EEOC on Whether "Component 2" Pay Data Must Also Be Submitted | 19-059 | 9/3/2019 |
| 203 | EEOC Announces Employers Must Submit "Component 2" Pay and Hours- Worked Data for Both 2017 and 2018 on Revised EEO-1 Report by September 30, 2019 | 19-091 | 9/3/2019 |
| 204 | Justice Department To Appeal Rulings Ordering EEOC To Collect EEO-1 "Component 2" Pay and Hours-Worked Data; September 30 Reporting Deadline Is Still in Effect | 19-096 | 9/3/2019 |
| 205 | DOJ, Business Community File Briefs With D.C. Circuit Arguing Lower Court Erred in Ordering EEO-1 Component 2 Data Reporting; September 30 Deadline for Submitting Component 2 Reports Not Impacted | 19-178 | 9/3/2019 |
| 206 | EEAC's Guide to Understanding and Responding to Some of the Most Commonly Requested Reasonable Accommodations | 09-155 | 8/30/2019 |
| 207 | EEAC's Model AAP Audit and Reporting System Template | 15-048 | 8/30/2019 |
| 208 | MEMBER FEEDBACK REQUESTED: CWC's Extensive Compliance-Related Resource Materials and Templates To Assist in Preparing for a Section 503 Focused Review | 19-090 | 8/30/2019 |
| 209 | Recently Released NLRB "Advice Memos" Address Legality of Workplace Rules Under Federal Labor Law | 19-175 | 8/30/2019 |
| 210 | MEMBER FEEDBACK REQUESTED: OFCCP Proposing Revisions to Its Regulations Governing E.O. 11246's Religious Exemption To Increase Scope of Exemption's Coverage; Changes Are Unlikely To Directly Impact CWC Members | 19-177 | 8/30/2019 |
| 211 | CWC_41_CFR_60-741.htm | N/A | 8/30/2019 |
| 212 | CWC_41_CFR_60-741.htm | N/A | 8/30/2019 |
| 213 | New OFCCP Opinion Letter Says Federal Contractors Can Submit Pay Analysis Groupings for Review and Agency Feedback | 19-152 | 8/27/2019 |
| 214 | CWC's Written Comments to OMB Urge Rejection of OFCCP's Burdensome Proposed Changes to "Focused Review" Scheduling Letters | 19-158 | 8/27/2019 |
| 215 | OFCCP Publishes Compliance Assistance Materials Promised Earlier This Year | 19-161 | 8/27/2019 |
| 216 | OFCCP Names Ombud, Marcus Stergio, Who Will Now Design, Implement, and Execute Agency's Previously Announced Ombud Service | 19-167 | 8/27/2019 |
| 217 | EEO-1 Component 2 Filing Update: Online Filing Portal Now Updated To Permit Use of Popular Data File Upload | 19-168 | 8/27/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 218 | Illinois Is First State To Restrict the Use of Artificial Intelligence-Driven Video Interview Systems | 19-172 | 8/27/2019 |
| 219 | Reviewing Physical and Mental Job Requirements Under OFCCP's Section 503 and Section 4212 Affirmative Action Program Requirements | 13-131 | 8/20/2019 |
| 220 | EEAC's Checklist for Reviewing Physical and Mental Qualifications Under New Paragraph 22 of OFCCP's Revised Scheduling Letter | 15-025 | 8/20/2019 |
| 221 | DOL-VETS Officially Launches 2015 Filing Season Featuring New VETS-4212 Report | 15-153 | 8/20/2019 |
| 222 | MEMBER FEEDBACK REQUESTED:  The Compliance Implications of Job Descriptions, Part V: Auditing Your Job Descriptions | 17-253 | 8/20/2019 |
| 223 | DOL-VETS Issues Final Rule Implementing New VETS-4212 Report for 2015 Filing Cycle; Rule Contains Positive Changes in Response to EEAC's Comments | 14-193 | 8/17/2019 |
| 224 | EEAC's "OFCCP Compliance Primer" Series:  Using Data Metrics for Evaluating Your Disability and Veterans AAP Obligations | 16-205 | 8/17/2019 |
| 225 | OFCCP Resets Annual Veteran Hiring Benchmark at 6.4%, Down From 6.7% Last Year | 18-071 | 8/17/2019 |
| 226 | DOL-VETS Issues Final Rule Implementing New VETS-4212 Report for 2015 Filing Cycle; Rule Contains Positive Changes in Response to EEAC's Comments | 14-193 | 8/16/2019 |
| 227 | OFCCP Sets Revised Annual Veterans Hiring Benchmark of 7.0% | 15-079 | 8/16/2019 |
| 228 | OFCCP Resets Annual Veteran Hiring Benchmark at 5.9%, Down From 6.4% Last Year | 19-064 | 8/16/2019 |
| 229 | President Trump To Nominate Management Lawyer and Former DOL Top Lawyer Eugene Scalia as Next Secretary of Labor | 19-151 | 8/11/2019 |
| 230 | OFCCP's New Federal Contract Compliance Manual Sets Agency Protocol for Conducting Individual Discrimination Complaint Investigations | 14-018 | 7/19/2019 |
| 231 | Close to Half the States Now Have Some Form of Voluntary Private Sector "Veterans' Preference" Laws | 15-090 | 7/19/2019 |
| 232 | OFCCP Litigation Watch:  EEOC and OFCCP Enter Into Rare "Joint" Conciliation Agreement with Federal Contractor Asbestos Specialists | 16-126 | 7/19/2019 |
| 233 | OFCCP's Decision To Begin Publishing Complaint Investigation Financial Settlements Sheds Light on a Little Known Area of Agency Enforcement | 19-034 | 7/19/2019 |
| 234 | OFCCP's Final Jobs for Veterans Act (JVA) Regulations Respond to Concerns Expressed By EEAC About Potential Burden, Will Give Contractors Welcome Flexibility in Complying | 07-169 | 7/17/2019 |
| 235 | OFCCP Posts FAQ Announcing That Enforcement of New JVA Self-ID Requirements Will Be Delayed Until JVA Reporting Requirements Are Finalized | 08-001 | 7/17/2019 |
| 236 | Atypical Selection Practices and Compliance With OFCCP's Mandatory Job Listing Rule | 12-148 | 7/17/2019 |
| 237 | Atypical Selection Practices and Compliance With OFCCP's Mandatory Job Listing Rule | 12-148 | 7/17/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 238 | EEAC's "Executive Summary" of OFCCP's Revised Veterans and Disability Regulations | 14-016 | 7/17/2019 |
| 239 | EEAC's Model Employment Service Delivery System Notification Template | 14-062 | 7/17/2019 |
| 240 | EEAC's Updated Guide to Responding to OFCCP Requests for Information (RFIs) | 15-083 | 7/17/2019 |
| 241 | EEAC's Updated Guide to OFCCP-Enforced Contract Clause Requirements | 15-235 | 7/17/2019 |
| 242 | EEAC's Guide to OFCCP Compliance Requirements Regarding Job Postings | 16-034 | 7/17/2019 |
| 243 | CWC's Guide to OFCCP Compliance Obligations With Regard to "Temp-to-Perm" Conversions | 18-125 | 7/17/2019 |
| 244 | EEAC's Updated  Affirmative Action Due Diligence Guidelines  for Assessing the AA Compliance of a Potential Acquisition | 15-204 | 7/15/2019 |
| 245 | MEMBER FEEDBACK REQUESTED: CWC's New Website Offers a Number of Innovative Tools Designed To Help Members Manage Their Workplace Compliance Challenges | 18-106 | 7/15/2019 |
| 246 | MEMBER FEEDBACK REQUESTED: CWC's Extensive Compliance-Related Resource Materials and Templates To Assist in Preparing for a Section 503 Focused Review | 19-090 | 7/15/2019 |
| 247 | OFCCP Gets Approval From OMB To Move Forward With Changes to Functional Affirmative Action Program Designed To Increase Contractor Participation | 19-138 | 7/13/2019 |
| 248 | MEMBER FEEDBACK REQUESTED: OFCCP Scales Back Burdensome Proposed Changes to Its Scheduling Letters, Submits Final Versions to OMB for Formal Approval | 19-140 | 7/12/2019 |
| 249 | EEAC's Updated Guide to OFCCP Corporate Management Compliance Evaluations (CMCEs) | 14-068 | 7/9/2019 |
| 250 | OFCCP Posts New Set of FAQs on Corporate Management Compliance Evaluation (CMCE) Process, Overhauling Previous Guidance | 14-144 | 7/9/2019 |
| 251 | Understanding the Rules Pertaining to Mandated Invitations to "Self-Identify" | 15-258 | 7/9/2019 |
| 252 | Two Recent High-Profile Court Settlements Highlight Potential Cost Exposure Employers Can Face for Alleged Pay Discrimination | 18-092 | 7/9/2019 |
| 253 | CWC Members Are Sharing Best Practices Via Our Online Collaboration Center, "CWC Connect" | 18-129 | 7/9/2019 |
| 254 | Sample Sex Race Ethnicity Self-ID Form.doc | N/A | 7/9/2019 |
| 255 | OFCCP Desk Audit Checklist.doc | N/A | 7/9/2019 |
| 256 | DOL-VETS Raises Threshold for Filing VETS-4212 Report From $100,000 to $150,000 Effective October 1, 2015 | 16-094 | 7/5/2019 |
| 257 | EEOC Clarifies Instructions to New EEO-1 Report To Confirm That There Is No Bar to Visual ID of Sex | 16-212 | 7/5/2019 |
| 258 | 2018 EEO-1 Filing Season Now Underway for "Component 1" Data; No Decision Yet from EEOC on Whether "Component 2" Pay Data Must Also Be Submitted | 19-059 | 7/5/2019 |
| 259 | CWC's Comments to OFCCP Urge the Agency To Reconsider Burdensome Proposed Scheduling Letter Changes | 19-121 | 6/26/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 260 | CWC's Comments to OFCCP on Proposed "Compliance Check" Scheduling Letter for Federal Construction Contractors Urge Revisions To Reduce the Burden Imposed | 19-124 | 6/26/2019 |
| 261 | EEOC Advises Court Overseeing EEO-1 "Component 2" Litigation That Online Filing System May Not Be Fully Operational Until Mid-August, Despite September 30, 2019 Filing Deadline | 19-126 | 6/26/2019 |
| 262 | New Memoranda Series: EEAC's Guide to State AAP Requirements; EEAC's Guide to New Jersey State Contractor Affirmative Action Requirements | 17-067 | 6/24/2019 |
| 263 | CWC's Guide to Wisconsin State Contractor Affirmative Action Requirements | 17-204 | 6/24/2019 |
| 264 | EEAC's Guide to Maintaining OFCCP-Compliant Records Where Contractor Engages in "Passive" Recruiting Practices | 15-164 | 6/20/2019 |
| 265 | EEAC's New "OFCCP Compliance Guide" for Recruiters | 16-053 | 6/20/2019 |
| 266 | EEAC's "AAP Tune-Up" Series:  Following Up on Mandated Job Listings To Make Sure They Have Been Posted | 16-173 | 6/18/2019 |
| 267 | CWC's Guide to OFCCP Compliance Obligations With Regard to "Temp-to-Perm" Conversions | 18-125 | 6/18/2019 |
| 268 | EEAC's "Pay Equity" Legislation Status Report:  A Look at Where We Are Today and What May Be Ahead | 17-132 | 6/12/2019 |
| 269 | EEOC Has Stepped Up Its Equal Pay Act Litigation Activity, and Employers Should Take Notice | 17-257 | 6/12/2019 |
| 270 | As Expected, House Passes "Paycheck Fairness Act" on Party-Line Vote; Republicans Introduce Alternative Bill | 19-073 | 6/12/2019 |
| 271 | CWC's Tips for Collecting EEO-1 "Component 2" Data | 19-116 | 6/12/2019 |
| 272 | Understanding the Rules Pertaining to Mandated Invitations to "Self-Identify" | 15-258 | 6/11/2019 |
| 273 | EEAC Files Comments With OFCCP Requesting Additional Flexibility Regarding Section 503/4212 Compliance Requirements, Including Use of Self-Identification Form CC-305 | 16-215 | 6/11/2019 |
| 274 | EEAC Comments to OFCCP re 503 4212 ICR | N/A | 6/11/2019 |
| 275 | Financial Reform Law Sets Up New Affirmative Action and Diversity Requirements for Regulated Businesses and Contractors | 10-134 | 6/10/2019 |
| 276 | EEAC's Updated Model Equal Employment Opportunity and Affirmative Action Union Notification Template | 14-023 | 6/10/2019 |
| 277 | Maine, Washington, and Colorado Join Growing Number of States Barring Employers From Asking Applicants About Salary History | 19-112 | 6/10/2019 |
| 278 | CWC's Comments to OMB Support OFCCP's FAAP Program Revisions, Urge Further Improvements | 19-115 | 6/10/2019 |
| 279 | CWC's Tips for Collecting EEO-1 "Component 2" Data | 19-116 | 6/10/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|--------|------------------------------|--------------|---------------|
| 280 | Final Diversity Standards for Dodd-Frank Regulated Entities Stress Flexibility and Voluntary Compliance | 15-125 | 6/9/2019 |
| 281 | CWC's Tips for Collecting EEO-1 "Component 2" Data | 19-116 | 6/7/2019 |
| 282 | EEAC's Updated Model "Equal Opportunity and Affirmative Action Program Policy Statement" Templates | 15-249 | 5/23/2019 |
| 283 | EEAC's Updated Model "Equal Opportunity and Affirmative Action Program Policy Statement" Templates | 15-249 | 5/23/2019 |
| 284 | EEAC's Guide to OFCCP Notice Posting Requirements | 16-109 | 5/23/2019 |
| 285 | EEAC's Updated Digest of State Affirmative Action Requirements | 16-249 | 5/23/2019 |
| 286 | EEAC's Updated Digest of State Affirmative Action Requirements | 16-249 | 5/23/2019 |
| 287 | EEAC's Updated Digest of Local Affirmative Action Requirements | 17-004 | 5/23/2019 |
| 288 | CWC's Guide To Maintaining an OFCCP-Compliant Online "Careers Site" | 18-162 | 5/23/2019 |
| 289 | MEMBER FEEDBACK REQUESTED: OFCCP Issues Promised Guidance on Compliance Checks by Way of Frequently Asked Questions | 19-101 | 5/23/2019 |
| 290 | EEAC's Guide to Complying With the New 503/4212 Requirement to Document Annual Assessment of Outreach Efforts | 14-050 | 5/22/2019 |
| 291 | EEAC's Updated Guide to OFCCP-Enforced Contract Clause Requirements | 15-235 | 5/22/2019 |
| 292 | EEAC's "OFCCP Compliance Primer" Series:  Using Data Metrics for Evaluating Your Disability and Veterans AAP Obligations | 16-205 | 5/22/2019 |
| 293 | MEMBER FEEDBACK REQUESTED: OFCCP Issues Promised Guidance on Compliance Checks by Way of Frequently Asked Questions | 19-101 | 5/22/2019 |
| 294 | Referencing EEAC's Guidance As You Prepare To File Your 2007 EEO-1 Forms | 07-134 | 5/13/2019 |
| 295 | 2018 EEO-1 Filing Season Now Underway for "Component 1" Data; No Decision Yet from EEOC on Whether "Component 2" Pay Data Must Also Be Submitted | 19-059 | 5/13/2019 |
| 296 | MEMBER FEEDBACK REQUESTED: OFCCP Seeking Formal Approval of Revisions to Its Functional Affirmative Action Program (FAAP) | 19-093 | 5/10/2019 |
| 297 | MEMBER FEEDBACK REQUESTED: CWC's Extensive Compliance-Related Resource Materials and Templates To Assist in Preparing for a Section 503 Focused Review | 19-090 | 5/3/2019 |
| 298 | EEAC's Updated Guide to Responding to OFCCP Requests for Information (RFIs) | 15-083 | 4/24/2019 |
| 299 | OFCCP Posts New Sample AAP Narratives Reflecting Revised 503/4212 Regulations; Non-Mandatory Items Included | 15-117 | 4/24/2019 |
| 300 | EEAC's Guide to Preparing "Action-Oriented Programs" To Meet OFCCP's AAP Requirements | 15-183 | 4/24/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 301 | OFCCP Compliance Template Series:  EEAC's Streamlined Sample AAP Narrative Template for Women and Minorities To Help Facilitate Compliance | 16-246 | 4/24/2019 |
| 302 | OFCCP Compliance Template Series:  EEAC's Revised and Streamlined Sample AAP Narrative Template for Protected Veterans and Individuals with Disabilities | 17-006 | 4/24/2019 |
| 303 | Assessing Sex-Based Compensation Discrimination Claims Often Requires Understanding of the Interplay Between Title VII and the Equal Pay Act | 07-049 | 4/23/2019 |
| 304 | EEAC's Updated Primer on the Basic Scope of OFCCP Jurisdiction | 14-113 | 4/23/2019 |
| 305 | Labor Department Issues Final Rule Raising Minimum Wage on Certain Federal Contracts | 14-205 | 4/23/2019 |
| 306 | Valuing Federal Contracts To Determine Whether OFCCP Coverage Applies | 15-007 | 4/23/2019 |
| 307 | EEAC's Updated Summary of Recordkeeping Requirements Under Federal Fair Employment and Affirmative Action Laws | 15-203 | 4/23/2019 |
| 308 | Understanding the Rules Pertaining to Mandated Invitations to "Self-Identify" | 15-258 | 4/23/2019 |
| 309 | Understanding the Rules Pertaining to Mandated Invitations to "Self-Identify" | 15-258 | 4/23/2019 |
| 310 | EEAC's Written Comments to DOL on Proposed Paid Sick Leave Regulations Urge Clear Exemption for Covered Contractors That Already Comply | 16-079 | 4/23/2019 |
| 311 | EEOC's Proposed Changes to EEO-1 To Add Collection of Pay Data Get Final Approval; Filing Deadline for New Report Is March 31, 2018 | 16-196 | 4/23/2019 |
| 312 | Labor Department Issues Final Rule Requiring Covered Federal Contractors To Provide Employees With up to 56 Hours of Paid Sick Leave Annually | 16-201 | 4/23/2019 |
| 313 | OFCCP Jurisdiction Extends to Contracts With "Government Corporations" | 17-087 | 4/23/2019 |
| 314 | EEAC's EEO-1 Filing Season Update | 17-145 | 4/23/2019 |
| 315 | OMB Suspends Pay Data Provisions of Expanded EEO-1 Report, Effectively Reinstating Old Report for 2017 Reporting Cycle; Forms Must Be Submitted by March 31, 2018 | 17-182 | 4/23/2019 |
| 316 | Federal Contractor Minimum Wage To Increase From $10.35 to $10.60 an Hour on January 1, 2019 | 18-187 | 4/23/2019 |
| 317 | House Labor Committee Approves "Paycheck Fairness Act" on Party-Line Vote; House Passage Likely, But Senate Outlook Is Murky | 19-049 | 4/23/2019 |
| 318 | MEMBER FEEDBACK REQUESTED:  OFCCP Seeking Approval To Make Major Changes to Its Compliance Evaluation Scheduling Letters | 19-080 | 4/23/2019 |
| 319 | MEMBER FEEDBACK REQUESTED:  What To Expect During an OFCCP "Compliance Check" | 19-070 | 4/10/2019 |
| 320 | OFCCP's Revised Compliance Manual Provides Guidance on How Agency Resolves Findings of Noncompliance | 15-139 | 4/9/2019 |
| 321 | EEAC's Guide to OFCCP's Formal Administrative Enforcement Process | 16-060 | 4/9/2019 |

## Exhibit A
## List of CWC Information Obtained by the Littler IP Address

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 322 | EEAC's Guide to OFCCP Notice Posting Requirements | 16-109 | 4/9/2019 |
| 323 | Fine for Failure To Post "EEO is the Law" Poster Increased to $525 | 16-115 | 4/9/2019 |
| 324 | 503-4212_AAP_Requirements.htm | N/A | 4/9/2019 |
| 325 | 11246_AAP_Requirements.htm | N/A | 4/9/2019 |
| 326 | VETS-4212_Requirements.htm | N/A | 4/9/2019 |
| 327 | Factors To Consider When Thinking About Supplementing Applicant Pools With More Diverse Candidates | 12-074 | 4/8/2019 |
| 328 | Atypical Selection Practices and OFCCP's Good Faith Efforts Requirements | 12-167 | 4/8/2019 |
| 329 | D.C. Circuit in  Shea v. Kerry  Reaffirms  "Weber/Johnson"  Analytical Framework in Finding That Voluntary Affirmative Action Program Does Not Violate Title VII | 15-166 | 4/8/2019 |
| 330 | OFCCP Proposing New "Notification of Construction Contract Award Portal" in Conjunction with Routine Request To Extend Construction Contractor Paperwork Requirements | 18-072 | 4/8/2019 |
| 331 | 11246_AAP_Requirements.htm | N/A | 4/8/2019 |
| 332 | CWC_41_CFR_60-2.htm | N/A | 4/8/2019 |
| 333 | 11246_AAP_Requirements.htm | N/A | 4/8/2019 |
| 334 | 503-4212_AAP_Requirements.htm | N/A | 4/8/2019 |
| 335 | EEAC's Updated Guide to OFCCP-Enforced Contract Clause Requirements | 15-235 | 4/4/2019 |
| 336 | OFCCP Finalizes New "Pay Secrecy" Rule | 15-187 | 4/1/2019 |
| 337 | OFCCP Makes Technical Change to Its Prescribed "Pay Transparency" Language | 17-034 | 4/1/2019 |
| 338 | OFCCP Finalizes "Compliance Check" Regulation To Allow Contractors To Opt for Off-Site Records Review | 05-144 | 3/29/2019 |
| 339 | OFCCP Litigation Watch:  DOL's Administrative Review Board Issues Final Ruling in Decades-Old  NationsBank  Litigation, Opening Up Case for Federal Court Review | 16-108 | 3/28/2019 |
| 340 | Federal Court in Baker DC Rules That OFCCP Violated Construction Contractor's Constitutional Rights | 18-075 | 3/28/2019 |
| 341 | OFCCP Publishes Detailed Methodology for FY 2018 Audit Selection Process, Signaling Agency's Commitment to Greater Transparency Under New Director Ondray Harris | 18-080 | 3/28/2019 |
| 342 | EEAC's Updated Model "Equal Opportunity and Affirmative Action Program Policy Statement" Templates | 14-002 | 3/25/2019 |
| 343 | EEAC's Updated Model "Equal Opportunity and Affirmative Action Program Policy Statement" Templates | 15-249 | 3/25/2019 |
| 344 | This Week's Federal Register Publication of OFCCP's Final Veterans and Disability Rules Officially Triggers Compliance Deadlines | 13-188 | 3/22/2019 |

**Exhibit A**
## List of CWC Information Obtained by the Littler IP Address

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 345 | EEAC's Updated Guide to OFCCP-Enforced Contract Clause Requirements | 15-235 | 3/22/2019 |
| 346 | Update on Recent Actions Taken by Dodd-Frank Law's Offices of Minority and Women Inclusion | 17-043 | 3/19/2019 |
| 347 | Department of Labor Finalizes New Rule Requiring Federal Contractors To Inform Employees of Their Union Organizing Rights | 10-093 | 3/18/2019 |
| 348 | EEAC's Updated Guide to OFCCP-Enforced Contract Clause Requirements | 14-155 | 3/18/2019 |
| 349 | EEAC's Updated Listing of Federal Employment-Related Notice Posting Requirements | 16-146 | 3/18/2019 |
| 350 | Preparing To Comply With the New Data Collection Analysis Requirements Under OFCCP's Revised Section 503/4212 Regulations | 14-118 | 3/16/2019 |
| 351 | OFCCP Posts Two New FAQs Providing Additional (and Helpful) Guidance on Agency's Revised Disability and Veteran Regulations | 14-212 | 3/16/2019 |
| 352 | EEAC's Model AAP Audit and Reporting System Template | 15-048 | 3/16/2019 |
| 353 | OFCCP Issues New "Section 503 Checklist" Designed To Assist Contractors in Assessing Compliance With Agency's Revised Disability Regulations | 15-170 | 3/16/2019 |
| 354 | OFCCP Issues Promised Guidance on Section 503 Focused Reviews in Advance of Posting New Audit Scheduling List | 19-052 | 3/16/2019 |
| 355 | OFCCP Director Craig Leen Provides Update on Latest Agency Developments, Solicits Feedback from Attendees, During Two Separate Sessions at CWC's 2019 Policy Conference | 19-053 | 3/16/2019 |
| 356 | EEOC Plans To Open 2018 EEO-1 Filing Season Next Week, Even as What Happens Next Is Up in Air After Federal Court Orders Reinstatement of Expanded Obama-Era Revisions | 19-054 | 3/16/2019 |
| 357 | OFCCP's Final "Internet Applicant" Regulation Establishes Compliance Framework for Federal Contractors' Electronic Recruitment and Selection Practices | 05-227 | 3/8/2019 |
| 358 | The Compliance Implications of OFCCP's Internet Applicant Rule When Job Seekers Are "Added" or "Referred" to a Job Requisitio | 09-107 | 3/8/2019 |
| 359 | A Recommended Process for Auditing Your Company's Compliance With OFCCP's Internet Applicant Rule | 10-162 | 3/8/2019 |
| 360 | Atypical Selection Practices and Compliance With OFCCP's Recordkeeping Requirements | 12-196 | 3/8/2019 |
| 361 | EEAC's Guide to Maintaining OFCCP-Compliant Records Where Contractor Engages in "Passive" Recruiting Strategies | 15-164 | 3/8/2019 |
| 362 | The Importance of Employing Good Recordkeeping Practices in the Talent Acquisition Process | 15-177 | 3/8/2019 |
| 363 | EEAC's New "OFCCP Compliance Guide" for Recruiters | 16-053 | 3/8/2019 |
| 364 | EEAC's Updated "Internet Applicant" Checklist | 16-063 | 3/8/2019 |
| 365 | "Big Data" Analytics and Its EEO Implications for Employment Practices | 16-257 | 3/8/2019 |
| 366 | EEAC's Guide to OFCCP Recordkeeping Implications When Changing ATS or HRMS Platforms | 17-131 | 3/8/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 367 | CWC's Guide to OFCCP Compliance Obligations With Regard to "Temp-to-Perm" Conversions | 18-125 | 3/8/2019 |
| 368 | EEOC's Proposed Changes to EEO-1 To Add Collection of Pay Data Get Final Approval; Filing Deadline for New Report Is March 31, 2018 | 16-196 | 3/6/2019 |
| 369 | EEOC Proposes Significant Expansion of EEO-1 Report To Begin Collecting Employee Compensation Data | 16-021 | 3/5/2019 |
| 370 | EEOC's Proposed Changes to EEO-1 To Add Collection of Pay Data Get Final Approval; Filing Deadline for New Report Is March 31, 2018 | 16-196 | 3/5/2019 |
| 371 | OMB Suspends Pay Data Provisions of Expanded EEO-1 Report, Effectively Reinstating Old Report for 2017 Reporting Cycle; Forms Must Be Submitted by March 31, 2018 | 17-182 | 3/5/2019 |
| 372 | Employee Advocacy Groups Sue OMB in Attempt To Get Order Reinstating Expanded EEO-1 Report | 17-248 | 3/5/2019 |
| 373 | Employee Advocacy Groups Sue OMB in Attempt To Get Order Reinstating Expanded EEO-1 Report | 17-248 | 3/5/2019 |
| 374 | EEAC's Review of Latest OFCCP Settlements Confirms Agency's Aggressive Litigation Enforcement Agenda | 13-224 | 3/4/2019 |
| 375 | EEAC's Guide to Complying With the New 503/4212 Requirement to Document Annual Assessment of Outreach Efforts | 14-050 | 3/4/2019 |
| 376 | EEAC's Model Template for Demonstrating Assessment of Personnel Processes With Respect to Individuals With Disabilities and Veterans | 14-252 | 3/4/2019 |
| 377 | EEAC's Checklist for Reviewing Physical and Mental Qualifications Under New Paragraph 22 of OFCCP's Revised Scheduling Letter | 15-025 | 3/4/2019 |
| 378 | OFCCP's Revised Compliance Manual Provides Guidance on How Agency Resolves Findings of Noncompliance | 15-139 | 3/4/2019 |
| 379 | OFCCP Issues New "Section 503 Checklist" Designed To Assist Contractors in Assessing Compliance With Agency's Revised Disability Regulations | 15-170 | 3/4/2019 |
| 380 | EEAC's New "OFCCP Compliance Guide" for Recruiters | 16-053 | 3/4/2019 |
| 381 | EEAC's Guide to OFCCP's Formal Administrative Enforcement Process | 16-060 | 3/4/2019 |
| 382 | EEAC's Guide to OFCCP's Formal Administrative Enforcement Process | 16-060 | 3/4/2019 |
| 383 | Most Recent OFCCP Financial Settlements Continue To Wrap Up Years-Old Audits | 18-168 | 3/4/2019 |
| 384 | OFCCP Financial Settlement Update: Focus Continues To Be on Disposal of "Aged" Audits | 18-239 | 3/4/2019 |
| 385 | OFCCP's FY 2018 Enforcement Numbers Show Completed Audits Dropped by One-Third From Previous Year | 19-002 | 3/4/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 386 | CWC's OFCCP Settlement Update: Recently Posted Cases for First Time Include Complaint Investigation Financial Settlement Agreements | 19-015 | 3/4/2019 |
| 387 | OFCCP's Decision To Begin Publishing Complaint Investigation Financial Settlements Sheds Light on a Little Known Area of Agency Enforcement | 19-034 | 3/4/2019 |
| 388 | OFCCP's Forthcoming "CSAL" List Will Include Focused Reviews and Compliance Checks in Addition to Standard Compliance Reviews | 19-045 | 3/4/2019 |
| 389 | EEAC's Written Comments on OFCCP's Proposed Overhaul of Section 503 Regulations, Contending That Benefits Do Not Outweigh Added Costs, Urge Agency To Work With Us To Craft an Effective Alternative | 12-037 | 3/2/2019 |
| 390 | OFCCP Issues New Directive Governing Investigation and Analysis of Contractor Compensation Practices; 2006 Compensation Standards No Longer in Effect | 13-040 | 3/2/2019 |
| 391 | This Week's  Federal Register  Publication of OFCCP's Final Veterans and Disability Rules Officially Triggers Compliance Deadlines | 13-188 | 3/2/2019 |
| 392 | How Does OFCCP Calculate Remedies for Discrimination? | 15-190 | 3/2/2019 |
| 393 | Conciliation Agreements Negotiated With OFCCP Have Teeth, and the Agency Has Shown Its Intent To Enforce Them | 19-043 | 3/1/2019 |
| 394 | EEAC's Analysis of OFCCP's Final Revised "60-2" Affirmative Action Program Regulations | 00-210 | 2/26/2019 |
| 395 | EEAC's Updated Guide to Responding to OFCCP Requests for Information (RFIs) | 15-083 | 2/26/2019 |
| 396 | CWC_41_CFR_60-2.htm | N/A | 2/26/2019 |
| 397 | Understanding the Compliance Risks of "1-to-1" Applicant to Hire Ratios | 15-089 | 2/25/2019 |
| 398 | EEAC's Guide to OFCCP Compliance Requirements Regarding Job Postings | 16-034 | 2/25/2019 |
| 399 | EEAC's New "OFCCP Compliance Guide" for Recruiters | 16-053 | 2/25/2019 |
| 400 | "OFCCP Compliance Primer" Series:  The "Job Group Analysis" | 16-105 | 2/25/2019 |
| 401 | CWC's Guide To Assigning Census Occupational Classification Codes (OCCs) To Achieve Reliable Availability Analyses | 17-271 | 2/25/2019 |
| 402 | CWC's Guide To Maintaining an OFCCP-Compliant Online "Careers Site" | 18-162 | 2/25/2019 |
| 403 | OFCCP Litigation Update: The Latest on the High Profile  Google, Convergys, and Oracle Lawsuits | 19-038 | 2/25/2019 |
| 404 | New OFCCP Directive Signals Agency's Intent To Implement Voluntary Compliance Program for "High-Performing" Contractors | 19-039 | 2/25/2019 |
| 405 | EEAC's Updated Guide to OFCCP-Enforced Contract Clause Requirements | 14-155 | 2/21/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 406 | OFCCP Gets Approval To Use New Scheduling Letter Identifying Contractors for Section 503 "Focused Reviews" | 18-248 | 2/8/2019 |
| 407 | EEAC's Guide to Minnesota State Contractor Affirmative Action Requirements | 17-119 | 2/7/2019 |
| 408 | OFCCP Issues Final "Interpretive Standards" for Investigating Systemic Compensation Discrimination | 06-134 | 2/4/2019 |
| 409 | OFCCP's Final Voluntary "Self-Evaluation Guidelines" for Reviewing Compensation Practices | 06-139 | 2/4/2019 |
| 410 | OFCCP's New Federal Contract Compliance Manual Sets Agency Protocol for Conducting Individual Discrimination Complaint Investigations | 14-018 | 2/4/2019 |
| 411 | OFCCP's New Federal Contract Compliance Manual Sets Agency Protocol for Conducting Individual Discrimination Complaint Investigations | 14-018 | 2/4/2019 |
| 412 | OFCCP's Compliance Manual Provides Guidance on What Contractors Can Expect During an Agency Discrimination Investigation | 15-148 | 2/4/2019 |
| 413 | EEAC's "Federal Compliance Initiative Scorecard" Summarizing Major Employment-Related Regulatory and Policy Actions Undertaken During the Obama Administration | 16-127 | 2/4/2019 |
| 414 | OMB Approves OFCCP's Revised Complaint Form CC-4 | 17-121 | 2/4/2019 |
| 415 | CWC's OFCCP Settlement Update: Recently Posted Cases for First Time Include Complaint Investigation Financial Settlement Agreements | 19-015 | 2/4/2019 |
| 416 | OFCCP's New Directive 2019-02, "Early Resolution Procedures" | 18-252 | 1/23/2019 |
| 417 | OFCCP Publishes Three New Directives, Formally Rescinding "Active Case Enforcement" Procedures, Establishing New "Early Resolution Procedures," and Inaugurating Informal Opinion Letters | 18-253 | 1/23/2019 |
| 418 | EEOC Asks for Three-Year Extension of "Uniform Guidelines"; So (One More Time), What Are They and What Do They Require? | 15-021 | 1/15/2019 |
| 419 | EEAC's Guide on Steps To Take When "Top-Line" Impact Ratio Analyses Produce "Hot" Results | 17-112 | 1/15/2019 |
| 420 | EEAC's Model Template for Demonstrating Assessment of Personnel Processes With Respect to Individuals With Disabilities and Veterans | 14-252 | 1/14/2019 |
| 421 | EEAC's Model AAP Audit and Reporting System Template | 15-048 | 1/14/2019 |
| 422 | EEAC's Updated  OFCCP Compliance Evaluation Checklist | 16-083 | 1/14/2019 |
| 423 | EEAC's "AAP Tune-Up" Series:  Ensuring Your "Applicant Dispositions" Work for You | 16-225 | 1/10/2019 |
| 424 | CWC's Guide To Assigning Census Occupational Classification Codes (OCCs) To Achieve Reliable Availability Analyses | 17-271 | 1/10/2019 |
| 425 | EEAC's "AAP Tune-Up" Series:  EEAC's Guide to Reviewing Your EEO-1 Categories | 16-163 | 1/7/2019 |
| 426 | EEAC's "AAP Tune-Up" Series: Handling Applicant Reasonable Accommodation Requests | 16-191 | 1/7/2019 |

**Exhibit A**
**List of CWC Information Obtained by the Littler IP Address**

| Number | Title of Information Obtained | Memo. Number | Date Accessed |
|---|---|---|---|
| 427 | EEAC's "AAP Tune-Up" Series:  Ensuring Your "Applicant Dispositions" Work for You | 16-225 | 1/7/2019 |
| 428 | OFCCP Resets Annual Veteran Hiring Benchmark at 6.4%, Down From 6.7% Last Year | 18-071 | 12/17/2018 |
| 429 | OFCCP Litigation Update: Fate of Two Pending High Profile Cases Currently Rests With DOL's Administrative Review Board | 18-109 | 12/11/2018 |
| 430 | OFCCP's Revised Compliance Manual Provides Guidance on How Agency Resolves Findings of Noncompliance | 15-139 | 12/10/2018 |
| 431 | EEAC's Guide to Preparing an Effective Response to OFCCP Allegations of Systemic Discrimination | 16-006 | 12/10/2018 |
| 432 | EEAC's Guide to OFCCP's Formal Administrative Enforcement Process | 16-060 | 12/10/2018 |
| 433 | Divided Eleventh Circuit Panel Rules in Gogel v. Kia MotorsThat HR Manager Engaged in Protective Activity by Giving Co-Employee Hame of Plantiff's Lawyer | 18-234 | 11/29/2018 |
| 434 | Making Downsizing and Promotion Decisions in Light of the Reemployment and Job Retention Rights of Military Personnel Under USERRA | 02-003 | 11/27/2018 |
| 435 | Close to Half the States Now Have Some Form of Voluntary Private Sector "Veterans' Preference" Laws | 15-090 | 11/27/2018 |
| 436 | OMB Approves OFCCP's Revised Scheduling Letter and Itemized Listing, Effective for Three Years | 16-131 | 11/17/2018 |
| 437 | EEAC's Guide To "Closing Out" Your Prior Year's AAP | 14-001 | 11/16/2018 |
| 438 | EEAC's Updated Guide To Setting — or Resetting — Your Annual AAP Cycle | 14-006 | 11/16/2018 |
| 439 | EEAC's Guide To Performing Mid-Year Monitoring To Enhance AAP Compliance | 16-143 | 11/16/2018 |
| 440 | EEAC's "AAP Tune-Up" Series:  EEAC's Guide to Reviewing Your EEO-1 Categories | 16-163 | 11/16/2018 |
| 441 | EEAC's "AAP Tune-Up" Series:  Following Up on Mandated Job Listings To Make Sure They Have Been Posted | 16-173 | 11/16/2018 |
| 442 | EEAC's "AAP Tune-Up" Series:  Reviewing Your Good Faith Efforts | 16-251 | 11/16/2018 |