IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTER FOR WORKPLACE COMPLIANCE (f/k/a EQUAL EMPLOYMENT ADVISORY COUNCIL),<br><br>Plaintiff,<br><br>v.<br><br>LITTLER MENDELSON, P.C., LANCE E. GIBBONS, THERESA GOKTURK (a/k/a CHRIS GOKTURK), and DOE DEFENDANTS 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 1:20-cv-01387-AJT-JFA |

**NOTICE OF APPEARANCE – IAN A. McLIN**

**PLEASE TAKE NOTICE** that Ian A. McLin, Esq. of Saul Ewing Arnstein & Lehr LLP, shall appear as co-counsel on behalf of Defendant, Lance E. Gibbons in the above-captioned matter.

Please direct all court notices and correspondence regarding this matter to the undersigned.

Respectfully submitted this 10th day of December, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Ian A. McLin*
Ian A. McLin, Esq.  (VSB No. 92403)
ian.mclin@saul.com
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6604 (telephone)

(202) 337-6065 (facsimile)

*Attorney for Defendant*
*Lance E. Gibbons*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2020, a copy of the foregoing **NOTICE OF APPEARANCE – IAN A. McLIN** was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James Kevin Fee
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Email: jkfee@morganlewis.com

*Counsel for Plaintiff*

John Anson Burlingame
Squire Patton Boggs LLP (DC)
2550 M St NW
Washington, DC 20037
Email: john.burlingame@squirepb.com

*Counsel for Defendants, Littler Mendelson, P.C.*
*and Theresa Gokturk (aka Chris Gokturk)*

/s/ Ian A. McLin
Ian A McLin, Esq.  (VSB No. 92403)
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6604 (telephone)
(202) 337-6065 (facsimile)
Email:  Ian.mclin.saul.com
*Attorney for Defendant*
*Lance E. Gibbons*