INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE:  JOHN F. ANDERSON

CA- 1:20-cv-1387-JFA-AJT

DATE: February 17, 2021

TIME: 10:59 a.m. – 11:09 a.m.

APPEARANCES OF COUNSEL FOR:

(X) PLAINTIFF    (X) DEFENDANTS

DISCOVERY PLAN:

 (X) APPROVED IN PART

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

(  ) YES

(  ) CONSENT SIGNED

ADR/SETTLEMENT:

(  ) PENDING   (  ) WILL DISCUSS   (  ) OTHER

(X) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE