IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTER FOR WORKPLACE COMPLIANCE (f/k/a EQUAL EMPLOYMENT ADVISORY COUNCIL),<br><br>Plaintiffs,<br><br>v.<br><br>LITTLER MENDELSON, P.C., LANCE E. GIBBONS, THERESA GOKTURK (a/k/a CHRIS GOKTURK), and DOE DEFENDANTS 1-10, INCLUSIVE,<br><br>Defendants. | Civil Action No. 1:20-cv-1387; AJT JFA |

**DEFENDANTS AND COUNTERCLAIMANTS LITTLER MENDELSON, P.C., THERESA GOKTURK, AND LANCE E. GIBBONS'
MOTION FOR ENTRY OF PROTECTIVE ORDER**

Defendants and Counterclaimants Littler Mendelson, P.C., Theresa Gokturk, and Lance Gibbons, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 26, hereby move the Court for entry of the Proposed Protective Order, submitted herewith, for those reasons set forth in the contemporaneously filed memorandum of points and authorities.

**LOCAL RULE 37(E) STATEMENT OF COUNSEL**

The undersigned counsel hereby certify that the moving parties have in good faith met and conferred multiple times and at length with counsel for Plaintiff and Counterclaim Defendant Center for Workplace Compliance to resolve this dispute without the Court's Intervention.

WHEREFORE, for the reasons set forth in the accompanying memorandum, Defendants and Counterclaimants Littler Mendelson, P.C., Theresa Gokturk, and Lance Gibbons respectfully request that the Court enter their proposed Protective Order.

Dated: February 19, 2021

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

/s/ *John A. Burlingame*
John A. Burlingame (VSB No. 32694)
2550 M Street NW
Washington DC 20037
(202) 626 6871
john.burlingame@squirepb.com

David S. Elkins (admitted pro hac vice)
1801 Page Mill Road, Suite 110
Palo Alto, California 94304
(650) 843-3378
david.elkins@squirepb.com

Joseph A. Meckes (admitted pro hac vice)
Joseph P. Grasser (admitted pro hac vice)
275 Battery Street, 26th floor
San Francisco, California 94111
(415) 954-0201
joseph.meckes@squirepb.com
joseph.grasser@squirepb.com

Eleanor M. Hagan (admitted pro hac vice)
4900 Key Tower 127 Public Square
Cleveland, Ohio 44114
(216) 479 8500
eleanor.hagan@squirepb.com

*Attorneys for Defendants and Counterclaimants Littler Mendelson, P.C. and Theresa Gokturk*

SAUL EWING ARNSTEIN & LEHR LLP

/s/ *Robert C. Gill*
Robert C. Gill (VSB No. 26266)
robert.gill@saul.com

- 3 -

        Ian A. McLin, Esq. (VSB No. 92403)
        ian.mclin@saul.com
        1919 Pennsylvania Avenue, NW, Suite 550
        Washington, D.C. 20006
        (202) 295-6605 (telephone)
        (202) 295-6705 (facsimile)

*Attorneys for Defendant*
*Lance E. Gibbons*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record, including:

Mark L. Krotoski
J. Kevin Fee
Jane W. Wise
Rachel E. Fertig
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: +1.202.739.3000
mark.krotoski@morganlewis.com
kevin.fee@morganlewis.com
jane.wise@morganlewis.com
rachel.fertig@morganlewis.com

Thomas Y. Nolan
1400 Page Mill Road
Palo Alto, CA  94304
Telephone: +1.650.843.4000
thomas.nolan@morganlewis.com

*Attorneys for Plaintiff and Counterclaim Defendant Center for Workplace Compliance*

/s/ *John A. Burlingame*
*Attorney for Defendants and Counterclaimants Littler Mendelson, P.C. and Theresa Gokturk*