IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTER FOR WORKPLACE COMPLIANCE (f/k/a EQUAL EMPLOYMENT ADVISORY COUNCIL),<br><br>    Plaintiffs and Counterclaim Defendant,<br><br>v.<br><br>LITTLER MENDELSON, P.C., LANCE E. GIBBONS, THERESA GOKTURK (a/k/a CHRIS GOKTURK), and DOE DEFENDANTS 1-10, INCLUSIVE,<br><br>    Defendants and Counterclaimants. | Civil Action No. 1:20-cv-1387; AJT JFA |

**NOTICE OF HEARING ON DEFENDANTS AND COUNTERCLAIMANTS LITTLER MENDELSON, P.C., THERESA GOKTURK, AND LANCE E. GIBBONS'
<u>MOTION FOR ENTRY OF PROTECTIVE ORDER</u>**

Pursuant to Rule 7 of the Local Civil Rules for the Eastern District of Virginia and the Rule 16(b) Scheduling Order entered on February 17, 2021 by the Honorable John F. Anderson, United States Magistrate Judge, Defendants Littler Mendelson, P.C., Theresa Gokturk, and Lance Gibbons, by and through undersigned counsel, hereby notice for hearing their Motion for Entry of Protective Order, and respectfully request that the hearing be set for Friday, February 26, 2021, at 10:00 a.m. or as soon thereafter as counsel may be heard.

| | |
|---|---|
| Dated: February 19, 2021 | Respectfully submitted,<br><br>SQUIRE PATTON BOGGS (US) LLP<br><br>/s/ *John A. Burlingame*<br>John A. Burlingame (VSB No. 32694)<br>2550 M Street NW<br>Washington DC 20037<br>(202) 626 6871<br>john.burlingame@squirepb.com<br><br>David S. Elkins (admitted pro hac vice)<br>1801 Page Mill Road, Suite 110<br>Palo Alto, California 94304<br>(650) 843-3378<br>david.elkins@squirepb.com<br><br>Joseph A. Meckes (admitted pro hac vice)<br>Joseph P. Grasser (admitted pro hac vice)<br>275 Battery Street, 26th floor<br>San Francisco, California 94111<br>(415) 954-0201<br>joseph.meckes@squirepb.com<br>joseph.grasser@squirepb.com<br><br>Eleanor M. Hagan (admitted pro hac vice)<br>4900 Key Tower 127 Public Square<br>Cleveland, Ohio 44114<br>(216) 479 8500<br>eleanor.hagan@squirepb.com<br><br>*Attorneys for Defendants and Counterclaimants*<br>*Littler Mendelson, P.C. and Theresa Gokturk*<br><br>SAUL EWING ARNSTEIN & LEHR LLP<br><br>*/s/ Robert C. Gill*<br>Robert C. Gill (VSB No. 26266)<br>robert.gill@saul.com<br>Ian A. McLin, Esq. (VSB No. 92403)<br>ian.mclin@saul.com<br>1919 Pennsylvania Avenue, NW, Suite 550<br>Washington, D.C. 20006<br>(202) 295-6605 (telephone)<br>(202) 295-6705 (facsimile) |

- 3 -

                         *Attorneys for Defendant*
                         *Lance E. Gibbons*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of February 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record, including:

Mark L. Krotoski
J. Kevin Fee
Jane W. Wise
Rachel E. Fertig
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: +1.202.739.3000
mark.krotoski@morganlewis.com
kevin.fee@morganlewis.com
jane.wise@morganlewis.com
rachel.fertig@morganlewis.com

Thomas Y. Nolan
1400 Page Mill Road
Palo Alto, CA  94304
Telephone: +1.650.843.4000
thomas.nolan@morganlewis.com

*Attorneys for Plaintiff and Counterclaim Defendant Center for Workplace Compliance*

 

                                              /s/ *John A. Burlingame*
                                           *Attorney for Defendants and Counterclaimants Littler Mendelson, P.C. and Theresa Gokturk*