IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTER FOR WORKPLACE COMPLIANCE, f/k/a EQUAL EMPLOYMENT ADVISORY COUNCIL, )<br><br>Plaintiff, )<br><br>v. )<br><br>LITTLER MENDELSON, P.C., et al., )<br><br>Defendants. ) | Civil Action No. 1:20cv01387 (AJT/JFA) |

## ORDER

On March 19, 2021, defendant Littler Mendelson, P.C. filed a motion to compel complete responses to interrogatories (Docket no. 97), a memorandum in support, a declaration in support, and a notice of hearing for Friday, March 26, 2021 at 10:00 a.m.

The hearing on the motion to compel will be held through ZoomGov video conferencing service on Friday, March 26, 2021 **at 10:00 a.m.** The court will provide counsel the information needed to participate in the hearing. Parties, counsel, and the public who wish to listen to the argument can use the following information to dial-in to the hearing:

**Dial-In**: 1-877-336-1828

**Access Code**: 6915271

Those utilizing the dial-in information are reminded they are invited to listen only, and they may not participate in the oral argument. Parties who wish to listen must access the dial-in information no later than three (3) minutes prior to the scheduled start time to allow the hearing to be conducted without disruption.

Entered this 24th day of March, 2021.

                                                                  /s/
                                        John F. Anderson
                                        United States Magistrate Judge

Alexandria, Virginia