IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CENTER FOR WORKPLACE COMPLIANCE (f/k/a EQUAL EMPLOYMENT ADVISORY COUNCIL),<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>LITTLER MENDELSON, P.C., LANCE E. GIBBONS, THERESA GOKTURK (a/k/a CHRIS GOKTURK), and DOE DEFENDANTS 1-10, INCLUSIVE,<br><br>Defendants and Counterclaimants. | Case No. 1:20-cv-01387-AJT-JFA |

**PLAINTIFF CENTER FOR WORKPLACE COMPLIANCE'S
MEMORANDUM IN SUPPORT OF ITS MOTION TO SEAL**

Pursuant to Local Rule 5, Plaintiff and Counterclaim Defendant, Center for Workplace Compliance ("CWC") hereby moves to file the following documents under seal:

- CWC's Response to Littler Mendelson's Report on Database Search Pursuant to June 11, 2021 Order.

- CWC's Declaration in Support of CWC's Response to Littler Mendelson's Report on Database Search Pursuant to June 11, 2021 Order.

- Exhibits A-E, G, and J to the Declaration in Support of of CWC's Response to Littler Mendelson's Report on Database Search Pursuant to June 11, 2021 Order.

These documents contain quotes from, or summarizes information or documents designated by Defendant Littler Mendelson, P.C. as Confidential under the Protective Order. ECF No. 60.

1

When a party moves to file material under seal because another party has designated that material as confidential, the burden rests with the party designating the material as confidential to file a response to the motion explaining why sealing is necessary, providing references to relevant case law, and identifying the time period the party seeks to have the document maintained under seal.  Local Rule 5.  Accordingly, Littler must justify the sealing of information it designated confidential

| | |
|---|---|
| Respectfully submitted, | MORGAN LEWIS & BOCKIUS LLP |
| Dated: July 8, 2021 | By:   /s/ Mark L. Krotoski   <br>   /s/ J. Kevin Fee   <br>Mark L. Krotoski (*pro hac vice*)<br>J. Kevin Fee (Virginia Bar. No. 88376)<br>Jane W. Wise (*pro hac vice*)<br>Rachel E. Fertig (*pro hac vice*)<br>Stephanie L. Roberts (*pro hac vice*)<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541<br>Telephone: +1.202.739.3000<br>Facsimile:  +1.202.739.3001<br>mark.krotoski@morganlewis.com<br>kevin.fee@morganlewis.com<br>jane.wise@morganlewis.com<br>rachel.fertig@morganlewis.com<br>stephanie.roberts@morganlewis.com<br><br>Thomas Y. Nolan (*pro hac vice*)<br>1400 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone: +1.650.843.4000<br>Facsimile:  +1.650.843.4001<br>thomas.nolan@morganlewis.com<br><br>David R. Kocan (*pro hac vice*)<br>One Market, Spread Street Tower<br>San Francisco, CA 94105<br>Telephone: +1.415.442.1000<br>Facsimile:  +1.415.442.4001<br>david.kocan@morganlewis.com<br><br>*Attorneys for Plaintiff and Counterclaim Defendant Center for Workplace Compliance* |

## CERTIFICATE OF SERVICE

I, J. Kevin Fee, hereby certify that on the 8th day of July 2021, I served, via the court's electronic filing system PLAINTIFF CENTER FOR WORKPLACE COMPLIANCE'S NOTICE OF FILING OF A MOTION TO SEAL on all counsel of record.

*Attorneys for Defendants and Counterclaimants Littler Mendelson, P.C., and Theresa Gokturk*

John A. Burlingame
(Virginia Bar No. 32694)
2550 M Street, NW
Washington, DC 20037
Telephone: +1.202.626.6871
john.burlingame@squirepb.com

David S. Elkins (pro hac vice)
Joseph Patrick Grasser (pro hac vice)
1801 Page Mill Road, No. 110
Palo Alto, CA 94304
Telephone: +1.650.843.3378
david.elkins@squirepb.com
joseph.grasser@squirepb.com

Joseph A. Meckes (pro hac vice)
275 Battery Street, 26th Floor
San Francisco, CA 94111
Telephone: +1.925.595.8225
joseph.meckes@squirepb.com

Eleanor Marie Carney Hagan
(pro hac vice)
Key Tower, 127 Public Square #4900
Cleveland, OH 44144
Telephone: +1.216.479.8072
eleanor.hagan@squirepb.com

*Attorneys for Defendant and Counterclaimant Lance E. Gibbons*

Robert C. Gill, II
(Virginia Bar No. 26266)
Ian A. McLin (Virginia Bar No. 92403)
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Ave. NW, Suite 550
Washington, DC  20006
Telephone: +1.202.295.6605
robert.gill@saul.com
ian.mclin@saul.com

Dated: July 8, 2021                    By:     */s/ J. Kevin Fee*
                                                    J. Kevin Fee