IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CENTER FOR WORKPLACE COMPLIANCE (f/k/a EQUAL EMPLOYMENT ADVISORY COUNSIL),<br><br>*Plaintiff/Counterclaim Defendant,*<br><br>v.<br><br>LITTLER MENDELSON, P.C., LANCE E. GIBBONS, THERESA GOKTURK), et al.,<br><br>*Defendants and Counterclaimants.* | Case No. 1:20-cv-01387-AJF-JFA |

### [PROPOSED] ORDER GRANTING CENTER FOR WORKPLACE COMPLIANCE'S MOTION TO SEAL

This matter is before the Court on Plaintiff Center for Workplace Compliance's ("CWC") Motion to Seal [Dkt. 236]. The Court has reviewed Littler Mendelson, P.C.'s ("Littler") Memorandum in Support of CWC's Motion to Seal [Dkt. 239]. Specifically, Littler requests that the Court enter and order sealing:

- Portions of CWC's Response to Littler Mendelson's Report on Database Search Pursuant to June 11, 2021 Order (the "Response");

- Portions of CWC's Declaration in Support of CWC's Response to Littler Mendelson's Report on Database Search Pursuant to June 11, 2021 Order (the "Declaration");

- Portions of Exhibits A and J to the Declaration in Support of CWC's Response to Littler Mendelson's Report on Database Search Pursuant to June 11, 2021 Order.

- The entirety of Exhibits B, C, D, E and G to the Declaration in Support of CWC's Response to Littler Mendelson's Report on Database Search Pursuant to June 11, 2021 Order.

The information sought to be sealed is referred to as the "Confidential Information." Upon consideration of Littler's Memorandum, the Court FINDS:

(a) CWC's Motion provided public notice of the request to seal and a reasonable opportunity to challenge the request and no opposition has been filed;

(b) That the targeted and limited sealing sought by Littler with respect to the Confidential Information is the least drastic alternative available; and

(c) That the presumption in favor of public access to records is outweighed for the reasons set forth in Littler's memorandum.

Accordingly, for good cause shown, the Court ORDERS that the Confidential Information shall remain sealed until further order from this Court. By granting this motion to seal, the undersigned is not making a determination that the information that is being allowed to be filed under seal pursuant to this motion may remain under seal and will not be disclosed to the public during the trial before the District Judge.

Date: July 19, 2021

/s/
John F. Anderson
United States Magistrate Judge
Honorable John F. Anderson, United States Magistrate Judge