IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CENTER FOR WORKPLACE )
COMPLIANCE, f/k/a EQUAL )
EMPLOYMENT ADVISORY COUNCIL, )
)
       Plaintiff, )
) Civil Action No. 1:20cv01387 (AJT/JFA)
v. )
)
LITTLER MENDELSON, P.C., et al., )
)
       Defendants. )
)

## ORDER

For the reasons discussed with the parties and for good cause, all action in this case is stayed until October 8, 2021, and the deadline for filing summary judgment motions, the hearing scheduled for summary judgment motions on October 13, 2021, and the trial scheduled for November 15, 2021 are cancelled. A status conference will be set for Friday, October 8, 2021, at 10:00 a.m. before the undersigned. If a stipulated order of dismissal has been filed by Thursday, October 7, 2021, the status conference will be cancelled.

Entered this 12th day of August, 2021.

                                                                /s/
                                                 John F. Anderson
                                                 United States Magistrate Judge
                                                 John F. Anderson
                                                 United States Magistrate Judge

Alexandria, Virginia