IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTER FOR WORKPLACE COMPLIANCE (f/k/a EQUAL EMPLOYMENT ADVISORY COUNCIL),<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>LITTLER MENDELSON, P.C., LANCE E. GIBBONS, THERESA GOKTURK (a/k/a CHRIS GOKTURK), and DOE DEFENDANTS 1-10, INCLUSIVE,<br><br>    Defendants and Counterclaimants. | Case No. 1:20-cv-01387-AJT-JFA |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action have entered into a written binding agreement resolving their respective claims and counterclaims in this action. The parties' written agreement provides for certain continuing obligations, regarding which they seek the Court's agreement to retain jurisdiction for purposes of enforcing the parties' agreement notwithstanding dismissal of the action with prejudice.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby STIPULATED and AGREED among all parties, and it is ORDERED by the Court, as follows:

    1.    Plaintiff and counterclaim defendant Center for Workplace Compliance dismisses with prejudice all of its claims in this action;

    2.    Defendants and counterclaimants Littler Mendelson, P.C., Theresa (Chris) Gokturk and Lance E. Gibbons dismiss with prejudice all of their counterclaims in this action;

    3.    All parties shall bear their own fees and costs incurred in the action; and

4. Notwithstanding the parties' respective dismissals with prejudice, the Court retains jurisdiction for purposes of interpreting and/or enforcing the parties' settlement.

**IT IS SO ORDERED.**

Dated: September 15, 2021

/s/
Anthony J. Trenga
United States District Judge

**WE ASK FOR THIS:**

September 9, 2021

Respectfully submitted,

By: /s/ Mark L. Krotoski
    /s/ J. Kevin Fee
Mark L. Krotoski (admitted *pro hac vice*)
J. Kevin Fee (VSB No. 88376)
Jane W. Wise
Rachel E. Fertig
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
(202) 739-3000 (telephone)
mark.krotoski@morganlewis.com
kevin.fee@morganlewis.com

Thomas Y. Nolan (admitted *pro hac vice*)
1400 Page Mill Road
Palo Alto, CA 94304
(650) 843-4000 (telephone)
Facsimile: +1.650.843.4001 (telephone)

thomas.nolan@morganlewis.com

*Attorneys for Plaintiff and Counterclaim Defendant Center for Workplace Compliance*

By: /s/ John A. Burlingame
John A. Burlingame (VSB No. 32694)
Katie M. Horton (VSB No. 92567)
SQUIRE PATTON BOGGS (US)
2550 M Street NW
Washington DC 20037
(202) 626 6871
john.burlingame@squirepb.com

David S. Elkins (admitted *pro hac vice*)
1801 Page Mill Road, Suite 110
Palo Alto, California 94304
(650) 843-3378
david.elkins@squirepb.com

Joseph A. Meckes (admitted *pro hac vice*)
Joseph P. Grasser (admitted pro hac vice)
275 Battery Street, 26th floor
San Francisco, California 94111
(415) 954-0201
joseph.meckes@squirepb.com
joseph.grasser@squirepb.com

        Eleanor M. Hagan (admitted *pro hac vice*)
        4900 Key Tower 127 Public Square
        Cleveland, Ohio 44114
        (216) 479 8500
        eleanor.hagan@squirepb.com

*Attorneys for Defendants and Counterclaimants Littler Mendelson, P.C. and Theresa Gokturk*


By: */s/* Robert C. Gill
    Robert C. Gill (VSB No. 26266)
    robert.gill@saul.com
    Ian A. McLin, Esq. (VSB No. 92403)
    Saul Ewing Arnstein & Lehr LLP
    ian.mclin@saul.com
    1919 Pennsylvania Avenue, NW, Suite 550
    Washington, D.C. 20006
    (202) 295-6605

*Attorneys for Defendant and Counterclaimant Lance E. Gibbons*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 9th day of September 2021, the foregoing was served, via email, on all counsel of record.

/s/ *John A. Burlingame*
John A. Burlingame
